IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BILLIE J. WISDOM,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CAROLYN W. COLVIN,** ) <br> **Commissioner of Social Security,** ) <br> ) <br> **Defendant.** ) | No. 3:11-cv-01099 <br><br> **Judge Nixon** <br> **Magistrate Judge Griffin** |

## ORDER

Pending before the Court is Plaintiff Billie J. Wisdom's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 9), filed with a Memorandum in Support (Doc. No. 10). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 11.) Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 14 at 30.) The Report was filed on June 10, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 31.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___8___ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT